In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-331 CV 


______________________


 

SHALANDA WASHINGTON, Appellant



V.



ORANGE COUNTY HOUSING AUTHORITY, Appellee






On Appeal from the County Court at Law No. 1


 Orange County, Texas


Trial Cause No. 17263A






MEMORANDUM OPINION


 The appellant, Shalanda Washington, filed a motion to dismiss the appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this Court
and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. 
The motion to dismiss is granted and the appeal is therefore dismissed.



 APPEAL DISMISSED.


 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 22, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.